**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** ) | **Case No:** | **17-12250** |
| Ngozi Harris ) | | |
| ) | **Chapter:** | **Chapter 13** |
| Debtor ) | | |
| ) | **Judge:** | **David D. Cleary** |

**NOTICE OF MOTION**

TO**:** See attached list

PLEASE TAKE NOTICE that on **June 22, 2020 at 1:30 p.m.** I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the **MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS**, a copy of which is attached

**This motion will be presented and heard telephonically**. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:**   /s/ Dale Riley
Dale Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

**CERTIFICATE OF SERVICE**

I, Dale Riley, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 8, 2020 before 5:00 p.m.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** ) | Case No: | 17-12250 |
|    **Ngozi Harris** ) | | |
| ) | Chapter: | Chapter 13 |
|       **Debtor** ) | | |
| ) | Judge: | David D. Cleary |

## LIST OF PARTIES SERVED

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Ngozi LilianAbandy Harris, 3438 Roesner Drive, Markham, IL 60428

Flagship Credit Acceptance, PO Box 3807, Coppell, TX 75019

Progressive Insurance, 6300 Wilson Mills Rd., Mayfield Village, OH 44143

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 17-12250 |
|---|---|---|---|
| Ngozi Harris | ) | | |
|     Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | David D. Cleary |

## MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS

NOW COMES the Debtor, Ms. Ngozi Harris (the "Debtor"), by and through her attorneys, Geraci Law LLC, to present her **MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS,** and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 04/19/2017.

3. On 06/19/2017, the Court confirmed the Chapter 13 plan.

4. The Debtor's 2016 Chevrolet Malibu has been totaled in an accident.

5. The Debtor's insurance company, Progressive Insurance, is holding $7,983.45 as a payout on the vehicle.

6. Flagship Credit Acceptance holds a lien on the vehicle with a balance exceeding the payout amount leaving no excess funds after funds are paid to the lienholder.

WHEREFORE, the Debtor, Ms. Ngozi Harris, prays that this Court enter an order authorizing Progressive Insurance to disburse funds to Flagship Credit Acceptance and for such further additional relief that this Court may deem just and proper.

                                                                                      */s/ Dale Riley*
                                                                                        Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):   877.247.1960